United States Court of Appeals

For the Eighth Circuit

_____

No. 23-2566

_____

United States of America,

*Plaintiff - Appellee*,

v.

Robert Joseph Rosso, Jr.,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: October 31, 2023
Filed: November 3, 2023
[Unpublished]

_____

Before LOKEN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Robert Rosso, Jr. appeals after the district court[1] revoked his supervised release and sentenced him to time served and 3 years of supervised release. His counsel has

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

moved to withdraw, and has filed a brief challenging the revocation. Rosso has filed a pro se brief also challenging the revocation.

Because Rosso did not challenge the revocation in the district court, this court's review is for plain error. *See United States v. Snow*, 949 F.3d 1094, 1096 (8th Cir. 2020). After a careful review of the record, we conclude that the district court did not plainly err by revoking Rosso's supervised release. Accordingly, we grant counsel's motion to withdraw, and affirm.

_____